IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DUANE RONALD BELANUS,<br><br>Plaintiff,<br><br>vs.<br><br>SHERIFF LEO DUTTON, et al.,<br><br>Defendants. | CV 12-00065-H-DLC<br><br><br>ORDER |

Mr. Belanus filed a Motion for Service of Process (Doc. 169) which was granted in part on November 2, 2017. (Doc. 178.) On November 6, 2017, the Court received money orders from Mr. Belanus to pay the witness fees for the following witnesses: Daniel Hartford, Karma Laura Personette, Clinton Jay George, Steven Garrette Gibson, Kodie Matthew Baker, Dr. Jessica Bailey, Dr. Cynthia Boles, Dr. Theresa Schnee, Dr. Hash, Dr. Walker, Dr. Scott Perenian, Palmer Hoovestal, Foster Lehman, William Loessberg, Seth Wenzel, Justin Crum, Iven Cranmer, Andrew Blythe, Shana Standley, Lisa Hawthorne, Tim West, Clair Swain, Brian Merritt, Scott Ferguson, Laurel Bulson, Leo Dutton, Jon Pallister, and Dr. David Krainacker.

IT IS HEREBY ORDERED THAT Mr. Belanus's Motion for Service of

1

Process (Doc. 169) is DENIED as to the subpoenas for the following witnesses: Karma Laura Personette, Clinton Jay George, Steven Garrette Gibson, Kodie Matthew Baker, Daniel Hartford, and Shana Standley because the Court will not issue subpoenas to witnesses for whom no current address has been provided. Mr. Belanus should advise the Court what he wants done with the six money orders for these subpoenas that cannot be served.

IT IS FURTHER ORDERED THAT Mr. Belanus's Motion for Service of Process (Doc. 169) is DENIED as to the subpoena for Foster Lehman in Athens, Texas because subpoenas may issue only to individuals who reside, are employed, or who regularly transact business in the District of Montana. *See* Fed. R. Civ. P. 45(c)(3). Mr. Belanus should advise the Court what he wants done with the money order for Mr. Lehman.

IT IS FURTHER ORDERED THAT Mr. Belanus's Motion for Service of Process (Doc. 169) is GRANTED as to the subpoenas for the following witnesses: Iven Cranmer, Andrew Blythe, Justin Crum, Clair Swain, Scott Ferguson, Laurel Bulson, Leo Dutton, Lisa Hawthorne, Tim West, and Brian Merrit. The Clerk of Court is directed to issue these subpoenas. Counsel for Defendants will accept service of these subpoenas.

IT IS FURTHER ORDERED THAT Mr. Belanus's Motion for Service of

Process (Doc. 169) is GRANTED as to the subpoenas for the following witnesses: Dr. Jessica Bailey, Dr. Cynthia Boles, Dr. Theresa Schnee, Dr. Hash, Dr. Walker, Dr. Scott Perenian, Palmer Hoovestal, William Loessberg, Seth Wenzel, Jon Pallister, and Dr. David Krainacker. The Clerk of Court is directed to issue the subpoenas for these witnesses and provide the subpoenas and accompanying money orders to the United States Marshals Service with a copy of this Order. The United States Marshals Service or its designated agent shall personally serve these subpoenas. Service by certified mail is not sufficient. Service shall be made on or before November 17, 2017.

DATED this 6th day of November, 2017.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief District Judge
United States District Court