IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| DUANE RONALD BELANUS, | CV 12-00065-H-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SHERIFF LEO DUTTON, et al., | |
| Defendants. | |

Pending are Plaintiff Duane Belanus's Motion to Give Notice (Doc. 204) and Motion for an Order (Doc. 205).

In his Motion to Give Notice, Mr. Belanus seeks to file a copy of his medical records received from Crossroads Correctional Center. Pursuant to Local Rule 26.2(a) discovery documents are not to be filed. The motion will be denied. The medical records received by the Clerk of Court's Office on Friday, November 17, 2017 will be returned to Mr. Belanus at the final pretrial conference on Monday, November 20, 2017.

In his Motion for an Order, Mr. Belanus requests that he be transported to the Lewis and Clark County Attorney's Office while he is in Helena for the civil trial in this matter so that he can inspect his criminal case file. The motion will be denied. Mr. Belanus is under the custody of the Montana Department of

1

Corrections and this Court will not interfere with that custody for a matter unrelated to this case.

Based upon the foregoing the Court issues the following:

**ORDER**

1. Mr. Belanus's Motion to Give Notice (Doc. 204) is DENIED.

2. Mr. Belanus's Motion for an Order (Doc. 205) is DENIED.

DATED this 20th day of November, 2017.

Dana L. Christensen, Chief Judge
United States District Court