IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



FILED
NOV 27 2017
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| DUANE RONALD BELANUS, | CV 12-00065-H-DLC |
| Plaintiff, | |
| vs. | VERDICT |
| SHERIFF LEO DUTTON, et al., | |
| Defendants. | |

We the jury, duly empaneled to try the issues in the above-referenced case, find as follows:

1. Did Becky Hawthorne violate Mr. Belanus's Eighth Amendment rights?

   Yes _____ No __X__

2. Did Bryan Merritt violate Mr. Belanus's Eighth Amendment rights?

   Yes _____ No __X__

3. Did Clair Swain violate Mr. Belanus's Eighth Amendment rights?

   Yes _____ No __X__

4. If you answered "Yes" to any of the Questions numbered 1 through 3, please state the amount of damages you attribute to each defendant who you found violated Mr. Belanus's constitutional rights. Otherwise, please place a 0 (zero) by the defendant's name.

Becky Hawthorne $_____0_____

Bryan Merritt    $_____0_____

Clair Swain      $_____0_____

5. If you answered "Yes" to any of the Questions numbered 1 through 3, do you find that any of the defendants, Becky Hawthorne, Bryan Merritt, or Clair Swain acted with conscious or intentional disregard or with indifference to the high probability of injury to Mr. Belanus and he is, therefore, entitled to an award of punitive damages?

Yes _____ No __X_____

6. If you answered "Yes" to Question 5, please state the amount of punitive damages you want to impose against each defendant. Otherwise, please place a 0 (zero) by the defendant's name.

Becky Hawthorne $_____0_____

Bryan Merritt    $_____0_____

Clair Swain      $_____0_____

Please have the foreperson sign the verdict form and give it to the bailiff.

DATED this 27th day of November, 2017.

Foreperson signature redacted. Original document filed under seal.

PRESIDING JUROR

-2-