UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DUANE RONALD BELANUS,<br><br>Plaintiff,<br><br>vs.<br><br>SHERIFF LEO DUTTON, BECKY HAWTHORNE, TIMOTHY WEST, SCOTT FERGUSON, LAUREL BULSON, CLAIR SWAIN, BRIAN MERRITT and LEWIS ANDCLARK COUNTY, MONTANA,<br><br>Defendants. | Case No. CV-12-065-H-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**X** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of Defendants Becky Hawthorne, Clair Swain, and Brian Merritt.

IT IS FURTHER ORDERED AND ADJUDGED Pursuant to Defendants' Rule 50 Motion at conclusion of Plaintiff's case at jury trial, the Court dismisses Claim 1 as to Timothy West; Claim 4 as to Lewis and Clark County, Claim 10 as to Defendants Scott Ferguson, Laurel Bulson, Timothy West and Clair Swain; and Count 11 as to Sheriff Leo Dutton.

Dated this 27th day of November, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Darlene DeMato
Deputy Clerk