# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 31, 2020

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Duane Ronald Belanus
           v. Leo Dutton, et al.
           No. 20-247
           (Your No. 18-35474)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 20, 2020 and placed on the docket August 31, 2020 as No. 20-247.

                               Sincerely,

                               **Scott S. Harris**, Clerk

                               by

                               Susan Frimpong
                               Case Analyst